346                    NEW ORLEANS,

Franklin &c. v. First Municipality of New Orleans.    Bergerot &c. v. Farish.

STEPHEN FRANKLIN and another v. THE FIRST MUNICIPALITY OF NEW-ORLEANS.

APPEAL from the Commercial Court of New-Orleans, *Watts*, J.

BULLARD, J.   This case cannot be distinguished from that of *Worsley and another* v. *The Second Municipality*, just decided.

It is, therefore, adjudged and decreed, that the judgment of the Commercial Court be reversed, and that ours be for the defendant, with costs in both courts.

*Eustis*, for the plaintiffs.

*Roselius*, for the appellants.